# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| Federal National Mortgage Association<br><br>vs.<br><br>Kerry Pomelow and Timothy Pomelow<br><br>Defendant<br><br>The Bank of New York Mellon f/k/a The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., f/k/a JPMorgan Chase Bank, as Trustee for the Holders of the Home Equity Mortgage Trust, Home Equity Mortgage Pass-Through Certificates, Series 2004-5<br>Internal Revenue Service<br>Credit Acceptance Corporation<br><br>Parties-In-Interest | CIVIL ACTION NO: 1:19-cv-00342-JAW<br><br>ACCEPTANCE OF SERVICE<br><br>RE:<br>751 Main Street, Canaan, ME 04924<br><br>Mortgage:<br>June 16, 2004<br>Book 3328, Page 234 |

## ACCEPTANCE OF SERVICE

I, Kerry Pomelow, represent and hereby accept service of the Summons and Amended Complaint and all attachments for the above captioned matter.

Dated: __8-23__, 2019

_Kerry McKee_
Kerry Pomelow
_Kenny McKee_

STATE OF MAINE

__Knox__, ss.    __August 23__, 2019

Subscribed and sworn to before me by Kerry Pomelow.
△ name to Kenny McKee

_Denise C. Hopkins_
Notary Public