UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>Plaintiff<br><br>v.<br><br>KERRY POMELOW AND TIMOTHY POMELOW<br><br>Defendants<br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JP JPMORGAN CHASE BANK, N.A., F/K/A JPMORGAN CHASE BANK, AS TRUSTEE FOR THE HOLDERS OF THE HOME EQUITY MORTGAGE TRUST, HOME EQUITY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-5<br>INTERNAL REVENUE SERVICE<br>CREDIT ACCEPTANCE CORPORATION<br><br>Party-In-Interest | 1:19-cv-00342-JAW |

**CONSENT JUDGMENT OF FORECLOSURE AND SALE**

**Address:  751 Main Street, Canaan, ME 04924**
**Mortgage:  June 16, 2004, Book: 3328, Page:234**

Now comes the Plaintiff, Federal National Mortgage Association, the Defendants, Kerry Pomelow and Timothy Pomelow, and Party-In-Interest, Mortgage Electronic Registration Systems, Inc. as nominee for Coastal Capital Corp. d/b/a CCAP Mortgage Corp. and Party-In-Interest, Internal Revenue Service and Party-In-Interest, Credit Acceptance Corporation and hereby submit this

Consent Judgment of Foreclosure and Sale.

Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.

**JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay Federal National Mortgage Association ("FNMA') the amount adjudged due and owing ($132,758.06) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.S. § 6322, FNMA shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The following is a breakdown of the amount due and owing:

    | Description | Amount |
    | --- | --- |
    | Unpaid Principal Balance | $102,622.11 |
    | Interest | $17,649.04 |
    | Escrow Advances | $5,836.19 |
    | Corporate Advances | $6,650.72 |
    | Grand Total | $132,758.06 |

2. If the Defendants or their heirs or assigns do not pay FNMA the amount adjudged due and owing ($132,758.06) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Canaan Property shall terminate, FNMA shall conduct a public sale of the Canaan Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $132,758.06 after deducting the expenses of the sale, with any

surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.  FNMA may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.
4. The amount due and owing is $132,758.06.
5. The priority of interests is as follows:

   ● Federal National Mortgage Association has first priority, in the amount of $132,758.06, pursuant to the subject Note and Mortgage.

   ● The Bank of New York Mellon f/k/a The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., f/k/a JPMorgan Chase Bank, as Trustee for the Holders of the Home Equity Mortgage Trust, Home Equity Mortgage Pass-Through Certificates, Series 2004- has the second priority behind the Plaintiff pursuant to a Mortgage dated 06/16/2004, in the amount of $23,000.00, and recorded in the Somerset County Registry of Deeds in Book 3328, Page 252.

   ● Internal Revenue Service has the third priority behind the Plaintiff pursuant to a Tax Lien dated 05/09/2017, in the amount of $12,563.22, and recorded in the Somerset County Registry of Deeds in Book 5156,

Page 118.

● Credit Acceptance Corporation has the fourth priority behind the Plaintiff pursuant to a Writ of Execution dated 04/22/2016, in the amount of $3,955.33, and recorded in the Somerset County Registry of Deeds in Book 5073, Page 312.

● Kerry Pomelow and Timothy Pomelow have the fifth priority behind the Plaintiff.

6. The prejudgment interest rate is 7.62500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Federal National Mortgage Association | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | | |
|  | Kerry Pomelow<br>751 Main Street<br>Canaan, ME 04924 | Pro Se |
|  | Timothy Pomelow<br>1 Falls Road<br>Solon, ME 04979 | c/o<br>Rebecca Cayford, Esq.<br>305 Water Street<br>Skowhegan, ME 04976 |
| PARTIES-IN-INTEREST | | |

| | |
|---|---|
| The Bank of New York Mellon f/k/a The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., f/k/a JPMorgan Chase Bank, as Trustee for the Holders of the Home Equity Mortgage Trust, Home Equity Mortgage Pass-Through Certificates, Series 2004-5 1800 Tapo Canyon Road Simi Valley, CA 93063 | Defaulted |
| Internal Revenue Service | c/o US Attorney General 100 Middle Street East Tower, 6th Floor Portland, ME 04101 |
| Credit Acceptance Corporation | c/o Corporation Service Company 45 Memorial Circle Augusta, ME 04330 |

a) The docket number of this case is No. 1:19-cv-00342-JAW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 751 Main Street, Canaan, ME 04924, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 751 Main Street, Canaan, ME 04924. The Mortgage was executed by the Defendants on June 16, 2004. The book and page number of the Mortgage in the Somerset County Registry of Deeds is Book 3328, Page 234.

    e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 751 Main Street, Canaan, ME 04924.

Dated: March 10, 2020

/s/ Reneau J. Longoria
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Dated: February 10, 2020

/s/Kerry Pomelow
Kerry Pomelow
751 Main Street
Canaan, ME 04924

/s/Timothy Pomelow
Timothy Pomelow
231 Wood Road
Cornville, ME 04976

/s/Ashley E. Eiler, AUSU
Internal Revenue Service
c/o US Attorney General
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101

6

**SO ORDERED**

Dated this 17th day of March, 2020

                                                /s/ John A. Woodcock, Jr.
                                                JOHN A. WOODCOCK, JR.
                                                U.S. DISTRICT JUDGE